**Opinion issued June 17, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00328-CR

———————————

## EX PARTE KRISTINA SCHWEYER, Relator

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

### MEMORANDUM OPINION[1]

Relator Kristin Schweyer has filed a "Motion for Expunction," seeking habeas corpus relief pursuant to article 11.07 of the Teas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. art 11.07.

---

[1] The underlying case is *The State of Texas v. Kristina Schweyer*, Cause No. 21371130101A, in the County Criminal Court at Law No. 15 of Harris County, Texas, the Honorable Tonya Jones presiding.

Only the Texas Court of Criminal Appeals has jurisdiction in proceedings brought pursuant to Article 11.07 of the Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07; *Olivo v. State*, 918 S.W.2d 519, 525 n. 8 (Tex. Crim. App. 1996); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). "Courts of appeals have no jurisdiction over post-conviction writs of habeas corpus in felony cases. Article 11.07 contains no role for the courts of appeals." *In re Briscoe*, 230 S.W.3d 196, 196 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding) (internal citations omitted).

Accordingly, we dismiss Schweyer's petition for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).